**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 25-454-1** |
| | : | |
| **ARTHUR CORBETT-BURNS** | : | |

# ORDER

**AND NOW**, this 5th day of August, 2026, upon consideration of Defendant's Motion to Suppress (Doc. No. 16), the Government's Response (Doc. No. 24), the Parties' Proposed Findings of Fact and Conclusions of Law (Doc. Nos. 34, 35), and the evidence and testimony presented at the May 20, 2026 suppression hearing, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.